JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO OBANDO, <br> Petitioner, <br> v. <br> R NEWSCHMID, WARDEN, <br> Respondent. | CASE NO. 2:18-cv-1104-CJC (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed with prejudice.

DATED: March 7, 2018

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE